461 A.2d 881

Spencer, Appellants v. Sucharski.

Petition for Allowance of Appeal Denied Oct. 3, 1983.

628

Argued March 2, 1983.   Fred Lowenschuss, for appellants;   Catherine N. Jasons, for appellees.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Order affirmed.